## LEONARD F. JETER *v.* JOHN A. WILLIS, ETC.

**Courts—Appellate Jurisdiction—Final Judgment.**

The Court of Appeals has no jurisdiction on appeal, where a demurrer to defendant's answer was overruled, and on final hearing after the evidence was heard the court refused to permit plaintiff to proceed further, and refused a prayer for judgment, but plaintiff's petition was not dismissed nor final order or judgment rendered.

APPEAL FROM JESSAMINE CIRCUIT COURT.

December 8, 1872.

OPINION BY JUDGE PETERS:

A demurrer to appellees' answer was overruled by the court below and the case was then submitted on final hearing, and after the evidence was heard, the record shows that the court refused to permit appellant to proceed any further, and refused the prayer for judgment. But appellant's petition is not dismissed, nor has any final order or judgment been rendered in the case, the action is still pending in that court for future adjudication, when a judgment may be rendered or his action may be dismissed.

As, therefore, no final order or judgment has been rendered in the case, this court, under Sec. 15 Civ. Code, has no jurisdiction.

Wherefore the appeal is dismissed.

*Breckenridge, Buckner, for appellant.*

*Bronaugh, Houston & Mulligan, for appellees.*